IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**BEAUFORT DIVISION**

United States of America

vs                                                                 CR NO. 9:23-cr-394

Cory Howerton Fleming

**PLEA**

The defendant, acknowledges receipt of a copy of the **Information** and after arraignment pleads **GUILTY** to the **Information** in open court.

_____
(Signed) Defendant

Charleston, South Carolina

May 25, 2023