IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 9:23-00394-RMG |
| | ) | |
| CORY HOWERTON FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT CORY HOWERTON FLEMING'S SUPPLEMENTAL SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE FROM THE SENTENCING GUIDELINES</u>**

As a supplement to the Defendant's previously filed Sentencing Memorandum, the Defendant respectfully submits the attached additional character letters which have been received since the last filing. *See* **Exhibit A – Character Letters.**

Respectfully Submitted,

<u>S/Deborah B. Barbier</u>
Deborah B. Barbier (#6639)
Deborah B. Barbier, LLC
1811 Pickens Street
Columbia, SC 29201
(803) 445-1032
dbb@deborahbarbier.com

Columbia, SC
August 13, 2023

1